UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ruth M. Rakowski,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and
American Home Products Corp.,

Defendants.

Civil 00-1693 JMR/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Aug 11, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use

new case number

00-1693 JMR/AJB